IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEFFIE P. PARISH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0494-CG-M |
| | ) |
| **B & C GREENHOUSES, INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

This cause is before the court on the Plaintiff's Motion to Dismiss (Doc. 38), in which the plaintiff moves for dismissal with prejudice of his claims against Star Truck Rentals, Inc., and the plaintiff represents that the request is made without objection. Therefore, plaintiff's claims against Star Truck Rentals, Inc. are hereby **DISMISSED with prejudice**, with each party to bear his or its own costs, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 17th day of July, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE