## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JEFFIE P. PARISH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 14-0494-CG-M |
| | ) | |
| B & C GREENHOUSES, INC., STAR | ) | |
| TRUCK RENTALS, INC., ADAM | ) | |
| MICHAEL SMELIS, ALLSTATE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties having filed a Joint Stipulation for Dismissal (Doc. 42), all claims filed in this action are hereby **DISMISSED with prejudice** with each party to bear its own costs.[1]

**DONE and ORDERED** this 14th day of August, 2015.

.                                         /s/ Callie V. S. Granade
                                          UNITED STATES DISTRICT JUDGE

---

[1] The court declines to dismiss any claims with respect to Pomp's Tire Service, Inc. and Russ' Steamer Service, LLC, entities listed in the style of the parties' stipulation, since there is no record of said entities being added as party defendants to this action.